UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>                              Petitioners,<br><br>-against-<br><br>FRANCO'S BLINDS & SHADES INC. A/K/A FRANCO BLINDS & SHADES, INC.,<br><br>                              Respondent. | 23-CV-5884 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On July 10, 2023, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **September 8, 2023**. Respondent's opposition, if any, is due by **September 22, 2023**. Petitioner's reply, if any, is due by **September 29, 2023**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **September 8, 2023**, and shall file an affidavit of such service with the court no later than **September 11, 2023**.

Dated: July 12, 2023
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge