UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br> Petitioners, <br><br> -against- <br><br> FRANCO'S BLINDS & SHADES INC. A/K/A FRANCO BLINDS & SHADES, INC., <br><br> Respondent. | 23-CV-5884 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On July 10, 2023, Petitioners filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). On July 12, 2023, the Court ordered Petitioners to submit any additional materials to support the petition no later than September 8, 2023. ECF No. 8. No such materials have been filed.

It is hereby ORDERED that Petitioners shall file a memorandum of law in support of their application, no longer than 25 pages, by **October 27, 2023**. Respondent's opposition, if any, is due by **November 10, 2023**.  Petitioners' reply, if any, is due by **November 17, 2023**.

Petitioner shall serve this Order upon Respondent electronically and by overnight mail no later than **October 27, 2023**, and shall file an affidavit of such service with the court no later than **November 1, 2023**.

Dated: October 11, 2023
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge