**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND, and
THE CARPENTER CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

Petitioners,

-against-

23 <b>CIVIL</b> 5884 (JGLC)

<b><u>JUDGMENT</u></b>

FRANCO'S BLINDS & SHADES INC. A/K/A FRANCO
BLINDS & SHADES, INC.,

Respondent.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 27, 2024, the Petition to confirm the Award is GRANTED. Judgment is entered as follows: (1) the Award of $17,770.21, in addition to pre-judgment interest accrued at 6.75 percent from April 18, 2023 through the date of the entry of judgment, in the amount of $1,436.10; (2) $4,010.38 in attorneys' fees and costs in connection with this litigation; and (3) post-judgment interest that will accrue at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York

June 28, 2024

<b>DANIEL ORTIZ</b>

_____
<b>Acting Clerk of Court</b>

**BY:**  *K. Mango*

_____
<b>Deputy Clerk</b>